[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 19, 2006
THOMAS K. KAHN
CLERK

No. 06-11256
Non-Argument Calendar
_____

D.C. Docket No. 92-00237-CR-SH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HECTOR FRANCISCO TOSTA,
a.k.a. Makeko,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(December 19, 2006)**

Before TJOFLAT, HULL and COX, Circuit Judges.

PER CURIAM:

Timothy Cone, counsel for Hector F. Tosta, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Tosta's revocation of supervised release and sentence are AFFIRMED.